Jeffery J. Carlson (SBN 60752)
Carlsonj@cmtlaw.com
J. Grace Felipe (SBN 190893)
Felipeg@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
STELLAR RECOVERY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANIQUA JOHNSON,<br><br>               Plaintiff,<br><br>vs.<br><br>STELLAR RECOVERY, INC., and DOES 1 through 10, inclusive,<br><br>               Defendant. | Case No:<br><br>**NOTICE OF REMOVAL** |

Defendant, STELLAR RECOVERY, INC. hereby files this notice of removal under 28 U.S.C. §1446(a).

### A. INTRODUCTION

1.    Defendant is STELLAR RECOVERY, INC. ("Defendant"); Plaintiff is SHANIQUA JOHNSON ("Plaintiff").

2.    Upon information and belief, Plaintiff initially filed this case on May 27, 2014, in the Superior Court of California, County of Contra Costa, Case No. L14-02381. A true and correct copy of Plaintiff's original Summons and Complaint is attached hereto as Exhibit "A".

///

3. On June 13, 2014, Defendant was personally served with the Summons and a copy of the Plaintiff's Complaint.

4. As Defendant received Plaintiff's Complaint on June 13, 2014, Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b), and as extended via FRCP 6. See *Wells v. Gateways Hosp. & Mental Health Ctr.*, 1996 U.S. App. LEXIS 2287 at *2 (9th Cir. Cal. Jan. 30, 1966).

### B. BASIS FOR REMOVAL

5. Removal is proper because Plaintiff's Complaint involves a federal question. 28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996). Specifically, Plaintiff has alleged claims that arise under 15 U.S.C. §1692, *et seq.* and 47 U.S.C. § 227(b)(1)(A)(iii) for alleged violations of the Fair Debt Collection Practices Act and the Telephone Consumer Protection Act. It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. §1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(a). This Court also has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. §1367.

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

### C. JURY DEMAND

8. Plaintiff demands a jury in the state court action. Defendant also demands a jury trial.

///

## D. CONCLUSION

9. Defendant respectfully requests removal of this action as it involves a federal question under the Fair Debt Collection Practices Act, 15 U.S.C. §1692 and the Telephone Consumer Protection Act, 47 U.S.C. §227.

DATED: July 14, 2014                    CARLSON & MESSER LLP

                                        By /s/ J. Grace Felipe
                                            Jeffery J. Carlson
                                            J. Grace Felipe
                                            Attorney for Defendant,
                                            STELLAR RECOVERY, INC.

{00019663.1}
07860.00                                - 3 -                              NOTICE OF REMOVAL